## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**July 15, 2009**

Mr. James Brown
Post Office Box 25501
Little Rock, AR 72221-5501

    Re: *Benton Workshop, Inc. v. United States of America* -- 4:08-CV-00339-WRW

Dear Mr. Brown:

I have received Defendant's Motion for Summary Judgment,[1] which was filed on June 29, 2009, and it appears to be well taken.

I assume that since you have not filed a response,[2] you agree with Defendant's position. If you choose not to respond by 12:00 noon on Wednesday, July 22, 2009, I will grant the motion.

                              Cordially,

                              /s/ Wm. R. Wilson, Jr.

cc:  Counsel of Record
Original to the Clerk of the Court

---

[1] Doc. Nos. 12, 13.

[2] The response was due on Monday, July 13, 2009.