# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BENTON WORKSHOP, INC.**                                                                 **PLAINTIFF**

**vs.**                                             **4:08CV00339-WRW**

**UNITED STATES OF AMERICA**                                                       **DEFENDANT**

## JUDGMENT

Based on an Order entered this date granting Defendant's Motion for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 21st day of August, 2009.


    /s/Wm. R. Wilson, Jr.
    UNITED STATES DISTRICT JUDGE