IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BENTON WORKSHOP, INC.**                                                   **PLAINTIFF**

vs.                               **4:08CV00339-WRW**

**UNITED STATES OF AMERICA**                                      **DEFENDANT**

## ORDER

Pending is Plaintiff's Request for Review of Bill of Costs (Doc. No. 33). Defendant has responded.[1]

The Bill of Costs totals $1,727.53.[2] Plaintiff contests the $1,549.29 portion of the Bill of Costs that is in connection with depositions; the remainder of the Bill of Costs was for copying costs. Defendant offered to reduce the part of the Bill of Costs related to depositions to $1,022.53, for a Bill of Costs totaling $1,200.77, but Plaintiff apparently rejected that offer.[3] I find $1,200.77 reasonable for the depositions and copying costs, and permit the United States to recover that amount.

IT IS SO ORDERED this 4th day of December, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 34.

[2] Doc. No. 32.

[3] Doc. No. 34.